IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>　　　Diane M. Sanchez,<br><br><br><br>　　　Debtor. | Case No.: 21-10699<br><br>Chapter 13<br><br>Hon. Deborah L. Thorne |

**AMENDED NOTICE OF MOTION**

TO: See attached list

　　　PLEASE TAKE NOTICE that on December 1, 2021, at 9:30 a.m., I will appear before the Honorable Deborah L. Thorne, or any other judge sitting in that judge's place, and present the Debtor's attorney's application for compensation under the court-approved retention agreement, a copy of which is attached**.** .

　　　**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

　　　**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID.

　　　**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

　　　**Meeting ID and password.** The meeting ID for this hearing is 160 9362 1728 — no password required. The meeting ID and further information can also be found on Judge Thorne's web page on the court's web site.

　　　**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

　　　　　　　　　　　　　　　　　　　Arthur Corbin, Attorney for Debtor
　　　　　　　　　　　　　　　　　　　___/s/ Arthur Corbin_____
　　　　　　　　　　　　　　　　　　　Arthur Corbin, ARDC #6305658
　　　　　　　　　　　　　　　　　　　Corbin Law Firm, LLC
　　　　　　　　　　　　　　　　　　　2500 E. Devon Ave., Ste. 200
　　　　　　　　　　　　　　　　　　　Des Plaines, IL 60018
　　　　　　　　　　　　　　　　　　　(773) 570-0054 | arthur@corbin-law.com

## CERTIFICATE OF SERVICE

I, Arthur Corbin, certify that I served a copy of this notice and the attached application on each entity shown on the attached list at the address shown and by the method indicated on the list on November 12, 2021, by 6:00 p.m.

                      /s/ Arthur Corbin
                      Attorney for Debtor

## SERVICE LIST

**Parties Served by the Court's Electronic Notice for Registrants:**

- Marilyn O. Marshall, Chapter 13 Trustee (at courtdocs@chi13.com)

**Parties Served via First Class U.S. Mail:**

Capital One BAnk (USA) NA
by American InfoSource as agent
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Capital One Bank USA NA
PO Box 31293
Salt Lake City, UT 84131

Comenity Bank / Roamans
6939 Americana Pkwy.
Reynoldsburg, OH 43068

Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8872

Fair Square Financial, LLC
c/o Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

FB & T
1415 Warm Springs Rd.
Columbus, GA 31904

Mission Lane Tab Bank
PO Box 105286
SW #1340
Atlanta, GA 30348

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Upgrade Inc.
2 North Central Ave., 10th Floor
Phoenix, AZ 85004

Upstart Network Inc.
PO Box 61203
Palo Alto, CA 94306

Diane M. Sanchez
8638 W. Golf Road, Apt. 12
Des Plaines, IL 60016